1
2
3
4
5
6
7
8
9
10

UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES,

                  Plaintiff,                                    Case No. CR04-512P

v.

WARREN ARMSTEAD AND JAMES KENT          ORDER CONTINUING TRIAL DATE
WALTER,                                  AND MOTIONS CUT-OFF DATE

                  Defendants.

11
12
13
14
15

        IT IS SO ORDERED that the trial date be continued from November 14, 2005 to December

5, 2005, and that the time between the date of this order and the new trial date be excludable time under

the Speedy Trial Act purusant to Title 18 U.S.C. Section 3161(h).

        The motions filing date is extended to November 14, 2005.

16
17

        Filed  this 9th day of November, 2005.

18
19
20

                                        /S/Marsha J. Pechman
                                        _____

                                        United States District Judge

21
22
23
24
25
26

ORDER