UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff(s),

          v.

WARREN ERIC ARMSTEAD and JAMES
WALTER KENT,

                    Defendant(s).

NO. CR04-512P

MINUTE ORDER

          The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

          On November 4, 2005, the Court ordered the United States to disclose to the defendants relevant portions of Presentence Reports of co-defendants who may testify at trial.  The Court has reviewed the proposed submissions of Assistant U.S. Attorney Gorman (submitted under cover of a letter dated November 10, 2005)

          Having reviewed the items which have been submitted under seal, the Court approves and authorizes the proposed disclosures.

          Filed this 10th day of November, 2005.

                                        BRUCE RIFKIN, Clerk


                                        By        /s Mary Duett
                                                  Deputy Clerk

MINUTE ORDER