HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No.  CR-04-512P |
| Plaintiff, | **ORDER CONTINUING DATE OF TRIAL AND PRE-TRIAL MOTIONS DUE DATE** |
| vs. | |
| WARREN ARMSTEAD, | |
| Defendant. | |

This matter having come before the Court on motion of the Defendant Warren Armstead for a continuance of the trial based upon the Defendant's need for additional time to investigate and prepare for trial, and the Defendant having agreed to the postponement of the trial in open court, the Court hereby finds as follows:

1. The ends of justice will be served by ordering a continuance, as the continuance is necessary to effective trial preparation.

2. Such ends supercede and outweigh the best interests of the public and the defendant in a speedy trial.

3. The period from December 5, 2005 to the new trial date of <u>March 20, 2006</u>, shall be deemed to be excludable time under Title 18 USC § 3161(h)(8)(B)(iv).

ORDER CONTINUING TRIAL AND
PRE-TRIAL MOTIONS DUE DATE - 1

C:\DOCUME~1\ESCOLL~1\LOCALS~1\Temp\notes
C7A056\continue order.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

NOW THEREFORE IT IS ORDERED that that the trial is continued from December 5, 2005 to March 20, 2006 and pre-trial motions are now due to be filed no later than February 9, 2006.

DONE this 22nd day of December, 2005.

/S/Marsha J. Pechman
U.S. District Court Judge

Presented by:

/s/ Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Defendant Warren Armstead

ORDER CONTINUING TRIAL AND
PRE-TRIAL MOTIONS DUE DATE - 2

C:\DOCUME~1\ESCOLL~1\LOCALS~1\Temp\notes
C7A056\continue order.doc

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington 98121
(206) 443-0670  Fax: (206) 448-2252